

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2014

No. 04-14-00713-CR

**Ex parte** Anthony Ray **PERRYMAN**

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10581
Honorable Ray Olivarri, Judge Presiding

### ORDER

 In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

 It is so **ORDERED** on November 12, 2014.

_____
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2014.

_____
Keith E. Hottle, Clerk